## No. 866.

### THE STATE OF LOUISIANA *v.* JOHN J. GILMORE.

The prisoner requested the judge to reduce his charge to the jury to writing. This he re-
fused to do. The request was made before the charge was delivered. To the judge's
refusal a bill of exception was taken. The exception must be sustained.

APPEAL from the Third Judicial District Court, parish of Iberia.
*Train,* J.  Criminal case.  *R. L. Belden,* District Attorney, for the
State, appellee.  *J. A. Breaux,* for defendant and appellant.

MORGAN, J.  The defendant was prosecuted under an information
filed by the District Attorney, for libel.  He was found guilty and sen-
tenced to pay a fine of $305, or to be imprisoned for thirty days.  He
has appealed.

The prisoner requested the judge to reduce his charge to the jury to
writing.  This he refused to do.  The request was made before the
charge was delivered.  To which a bill of exception was taken.

The judge refused to the accused a right guaranteed to him by the
law.  Sec. 2133 of the Revised Statutes provides that "in all cases
appealable to the Supreme Court, it shall be the duty of the judge to
deliver his charge to the jury in writing, if the counsel of either party
require the same."

It is therefore ordered, adjudged and decreed, that the judgment of
the district court be avoided, annulled and reversed, and that the case
be remanded to be proceeded in according to law.